Anne S. COOPER, Appellant,

v.

The EQUITABLE LIFE ASSURANCE SOCIETY OF the UNITED STATES, Appellee.

No. 22086.

United States Court of Appeals Fifth Circuit.

Jan. 20, 1966.

Robert L. Trohn, Lakeland, Fla., D. A. Troiano, Troiano & Roberts, Lakeland, Fla., for appellant.

Thomas C. MacDonald, Jr., Tampa, Fla., David G. Hanlon, Tampa, Fla., Shackleford, Farrior, Stallings, Glos & Evans, Tampa, Fla., of counsel, for appellee.

Before TUTTLE, Chief Judge, WISDOM, Circuit Judge, and FISHER, District Judge.

PER CURIAM:

This is a fact case in which, jury being waived, the court resolved all disputed issues in favor of the appellee. We find no error in the findings and conclusions of the trial court. There the matter ends.

The judgment is affirmed.

FRANK MOTOR HOMES, INC., Plaintiff-Appellee,

v.

UNITED STATES of America, Defendant-Appellant.

No. 16326.

United States Court of Appeals Sixth Circuit.

Dec. 9, 1965.

Fred E. Youngman, Dept. of Justice, Washington, D. C., Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, David O. Walter, Attys., Dept. of Justice, Washington, D. C., on brief; Lawrence Gubow, U. S. Atty., Robert F. Ritzenhein, Asst. U. S. Atty., Detroit, Mich., of counsel, for appellant.

Brian Sullivan, Detroit, Mich., Ronald K. Dalby, Detroit, Mich., on brief; Dykema, Wheat, Spencer, Goodnow & Trigg, Detroit, Mich., of counsel, for appellee.

Before WEICK, Chief Judge, and PHILLIPS and EDWARDS, Circuit Judges.

ORDER

On appeal from the judgment of the United States District Court for the Eastern District of Michigan, it is hereby ordered that the judgment be affirmed on the opinion of Chief Judge Levin. Frank Motor Homes, Inc. v. United States of America, 230 F.Supp. 782 (E.D.Mich.1964).